York, Respondent, v. James Wall and American Surety Company of New York, Defendants. George L. Donnellan, as Executor, etc., of James Wall, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Amoskeag Savings Bank of Manchester, New Hampshire, Appellant, v. Lawson Purdy, President, and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements, on *People ex rel. Bridgeport Savs. Bank* v. *Feitner* (191 N. Y. 88.)

George Rubenstein, Respondent, v. ·Max Radt, Appellant.— Order affirmed, with ten dollars costs and disbursements, on *Rubenstein* v. *Radt* (133 App. Div. 57).

Schwarzschild & Sulzberger Company, Respondent, v. Empire State Surety Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Eva Hoeh, Respondent, v. Supreme Lodge, Knights and Ladies of Honor, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, without costs. No opinion. Settle order on notice.

George K. Wilson and Camille Wilson, Respondents, v. Patrick Reilly, and George E. Heuck and James E. Fennessy, Trading under the Firm Name of Heuck & Fennessy, Defendants.· James E. Fennessy, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Hepe Cooper, Respondent, v. Jossef Wisselthier and Others, Defendants. Gustav Lange, a Party Interested, Appellant; Samuel Stark, as Receiver, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, without costs. No opinion. Settle order on notice.

The People of the State of New York v. Michele Barone. The People of the State of New York v. Andrew Davey.— Motions to dismiss appeals granted.

The People of the State of New York v. Pietro Giannone. The People of the State of New York v. Jacob Levine.— Motions to dismiss appeal granted unless appellant be ready for January term.

Margaret McElligott v. Browning, King & Company. William Gootman v. Moses Gruber and Another. Charles Scheinberg v. Meade Transfer Company. Bartley Heaney v. Thompson-Starrett Company. Samuel S. Chamberlain v. Childs Company. Henry Siede v. David C. Myers. Mayer L. Cohn v. Supreme Lodge, etc. Mathias Wrablic v. L. Oscar Koven. Frederick W. Beinhauer v. Minnie Grossman.— Motions to dismiss appeals granted, with ten dollars costs.

Eleanor Renwick v. Harold S. Renwick.— Motion granted, unless appellant be ready for January term.

William Pause v. Sidney Williams.— See memorandum per curiam.

Cottonwood Creek Company v. Robert Kuehnert. Cottonwood Creek Company v.·Hans F. Barnes.— Motions denied, on condition that appellants be ready for January term.

Samuel J. Stiebel v. John Grosberg.— Motion denied, with leave to renew, unless appellant be ready for argument on the third Friday of the present term.

Harry Ruddock v. Walter H. Lewisson.— Motion denied.